**No. 49188.**—Protests 486116–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. The testimony showed that certain of the hats in question are known as harvest hats and are valued at less than $3 per dozen. Those which were imported or withdrawn for consumption prior to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent under paragraph 1504·(b) (5) and those subsequent thereto at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075. Protests sustained to this extent.

**No. 49189.**—Protests 542490–G, etc., of Favorite Panama Hat Co. (New York).

Opinion by TILSON, J. The testimony showed that certain of the hats in question are known as harvest hats, similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was incorporated herein. In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 49190.**—Protest 561224–G of Brigham Hopkins Co. (Baltimore).

Opinion by TILSON, J. The record showed that certain of the items consist of 8-bu. hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was incorporated herein. In accordance therewith the protest was sustained to this extent.